Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
One California Plaza
300 South Grand Avenue, Suite 2670
Los Angeles, CA 90071-3161

Tel: 213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/17/05*

| Garden City Boxing Club, Inc., | CASE NO. C 05-2386 RMW RS |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS RUTH ERENDIRA DORANTES, MARIA GRACIELA RAMOS AND RIGOBERTO S. RAMOS, individually and d/b/a RANCHO GRANDE SPORTS BAR |
| vs. | |
| Ruth Erendira Dorantes, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendants RUTH ERENDIRA DORANTES, MARIA GRACIELA RAMOS and RIGOBERTO S. RAMOS, individually and d/b/a RANCHO GRANDE SPORTS BAR, that the above-entitled action is hereby dismissed **without prejudice** against RUTH ERENDIRA DORANTES, MARIA GRACIELA RAMOS and RIGOBERTO S. RAMOS, individually and d/b/a RANCHO GRANDE SPORTS BAR subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by July 1, 2006, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice.**

///
///
///
///

1  This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party
2  referenced-above shall bear its own attorneys' fees and costs.

6  Dated: August 16, 2005

   _____
   **LAW OFFICES OF THOMAS P. RILEY, P.C.**
   By: Thomas P. Riley
   Attorneys for Plaintiff
   GARDEN CITY BOXING CLUB, INC.

11 Dated:

   _____
   **RUTH ERENDIRA DORANTES**
   (Defendant)

15 Dated:

   _____
   **MARIA GRACIELA RAMOS**
   (Defendant)

19 Dated:

   _____
   **RIGOBERTO S. RAMOS**
   (Defendant)

**IT IS SO ORDERED**:

/S/ RONALD M. WHYTE                              Dated: 10/17/05
_____
**The Honorable Ronald M. Whyte**
**United States District Court**
**Northern District of California**

## PROOF OF SERVICE (BY OVERNIGHT MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is One California Plaza, 300 South Grand Avenue, Suite 2670, Los Angeles, California 90071. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 16, 2005, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS RUTH ERENDIRA DORANTES, MARIA GRACIELA RAMOS and RIGOBERTO S. RAMOS, individually and d/b/a RANCHO GRANDE SPORTS BAR**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ruth Erendira Dorantes (Defendant)
c/o Rigoberto S. Ramos
1970 Concord Ave.
Concord, CA 94520

Maria Graciela Ramos (Defendant)
c/o Rigoberto S. Ramos
1970 Concord Ave.
Concord, CA 94520

Rigoberto S. Ramos (Defendant)
c/o Rigoberto S. Ramos
1970 Concord Ave.
Concord, CA 94520

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 16, 2005, at Los Angeles, California.

Dated: August 16, 2005

_____
INESA MAMIDJANYAN